# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| Tara Jahateh, | ) |
|        Plaintiff, | ) Case No.: 5:16-cv-00749-FL |
| vs. | ) |
| | ) **ORDER GRANTING DEFENDANTS'** |
| Bristol-Myers Squibb Company; Otsuka Pharmaceutical Co., Ltd.; and Otsuka America Pharmaceutical, Inc., | ) **UNOPPOSED MOTION TO STAY** |
|        Defendants. | ) |

The Court having read and considered Defendants' Unopposed Motion to Stay Proceedings Pending Decision by the Judicial Panel On Multidistrict Litigation, the brief in support of the Motion, as well as its accompanying exhibits, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED, and the Clerk is directed to stay this proceedings until further order by the Court.

IT IS HEREBY ORDERED this  19th  day of September, 2016.

_____
Louise Wood Flanagan, U.S. District Judge